IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DEBORAH BROCK                                                                                         PLAINTIFF

v.                                      Civil No. 05-6088

MICHAEL J. ASTRUE,[1] Commissioner,
Social Security Administration                                                                DEFENDANT

## J U D G M E N T

For reasons stated in the Memorandum Opinion of this date, the Court hereby **AFFIRMS** the decision of the Commissioner.  **The parties have sixty days from the entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 13th day of March, 2007.

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for acting commissioner Jo Anne B. Barnhart as the defendant in this suit.